IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No: 04-1205

UNITED STATES OF AMERICA

v.

WILLY FARAH,

Appellant

Case No: 04-1276

UNITED STATES OF AMERICA

v.

WILLY FARAH,

Appellant

---

On Appeal from the United States District Court
for the District of New Jersey
District Court No.: 01- CR- 210 (Appeal No. 04-1205)
District Court No.: 01-655 (Appeal No. 04-1276)
District Judge: The Honorable William H. Walls

---

Submitted Pursuant to Third Circuit LAR 34.1(a)
January 21, 2005

---

Before: ALITO, McKEE, and SMITH, *Circuit Judges*

# JUDGMENT

This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was submitted on January 21, 2005. On consideration thereof, it is now ORDERED and ADJUDGED that the January 14, 2004 judgment of conviction is AFFIRMED. The January 14, 2004 judgment of sentence is VACATED and this matter is REMANDED for resentencing. All of the above in accordance with the opinion of this Court.

ATTEST:

Marcia M. Waldron

Clerk

Dated: March 4, 2005