PROB 12B
(7/93)

# United States District Court

for

District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Willy Farah   Cr.: 01-CR-210 and 01-CR-655
PACTS Number: 29468

Name of Sentencing Judicial Officer: The Honorable William H. Walls, Sr. USDJ

Date of Original Sentence: 09/27/05

Original Offense: 01-CR-210: Fraud by Wire(4cts.), Money Laundering-Wire Fraud(4 cts.), 01-CR-655 Bank Fraud

Original Sentence: 01-CR-210: Fraud by Wire(4 cts.) 60 months custody, Money Laundering-Wire Fraud(4 cts.) 80 months custody, 01-CR-655 Bank Fraud 80 months custody which was ordered to be served concurrently with the sentence imposed on 01-CR-210

Type of Supervision: Supervised Release   Date Supervision Commenced: 12/08/09

### PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

"You shall pay restitution in the amount of $11,327,612.04 at the rate of $300 per month and this payment plan shall continue until such time as the Court is notified be the defendant, the victim or the government that there has been a material change in your ability to pay."

### CAUSE

As evidenced in correspondence dated July 7, 2010, received from Middle District of Florida Supervising U.S. Probation Officer Joseph Hassey, and Probation Form 49 (Waiver of Hearing to Modify Conditions of Supervised Release) signed by the offender, requesting the Court's consideration to set forth in an order the agreed upon monthly payment schedule as indicated above.

Respectfully submitted,

By: Kevin J Mullens
Senior U.S. Probation Officer
Date: 08/16/10

PROB 12B - Page 2
Willy Farah

## THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

17 August 2010
_____
Date

PROB 49
(3/90)

# United States District Court
## District of New Jersey

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall pay restitution in the amount of $11,327,612.04 at the rate of $300.00 per month and this payment plan shall continue until such time as the Court is notified by the defendant, the victim or the government that there has been a material change in your ability to pay.

Witness: _Joseph M. Haas_
U.S. Probation Officer

Signed: _____
Probationer or Supervised Releasee

7/7/2010
Date